IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZEBULUN MCCRIMAGER,

    Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D15-3839

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed November 4, 2015.

An appeal from an order of the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Zebulun McCrimager, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.